[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-11531
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 7, 2011
JOHN LEY
CLERK

D.C. Docket No. 5:09-cv-00399-PAM-MCR


DONALD P. WATSON,
CHRISTINE H. WATSON,

Plaintiffs - Appellants.

versus

LAKE COUNTY,
a political subdivision of the State of Florida,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 7, 2011)

Before HULL, PRYOR, and FAY, Circuit Judges.

PER CURIAM:

The summary judgment in favor of the appellee is affirmed for the reasons set forth in the Memoranda and Orders of the District Court dated February 22, 2011 and March 7, 2011.

**AFFIRMED.**